[No. 598-2.    Division Two.    October 30, 1972.]

COUNTY OF SPOKANE, *Respondent,* v. A. H. FARMER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 19275, Raymond F. Kelly, J., entered July

1, 1971. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Armstrong, JJ.